■ ANDA B. SLOAN, Respondent, v SAMUEL H. SLOAN, Appellant.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about January 14, 1986, judgment of said court, entered thereon on February 7, 1986, and order of said court, entered on December 4, 1985, unanimously affirmed, without costs and without disbursements. Appeal from the order of said court (Alfred Ascione, J.), entered on November 22, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.

■ STATE OF NEW YORK, Respondent, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—Order, Supreme Court, New York County (Xavier Riccobono, J., on order; Michael Dontzin, J., on opn), entered on September 2, 1986, unanimously affirmed for the reasons stated by Michael Dontzin, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ. *[See, 133 Misc 2d 57.]*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY PEACO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 24, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.